**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL CHRISTOPHER LAIRD, Defendant. | CR-18-48-GF-BMM <br><br> **ORDER** |

Defendant Michael Christopher Laird appeared before United States Magistrate Judge John Johnston on August 23, 2018 and entered a plea of guilty to Possession with Intent to Distribute Methamphetamine as charged in Count I of the Superseding Information. Judge Johnstone entered Findings and Recommendations on August 23, 2018. (Doc. 22.)

Judge Johnstone determined: (1) that Laird was fully competent and capable of entering an informed and voluntary plea; (2) that Laird was aware of the nature

of the charges against him and the consequences of pleading guilty to Count I; (3) that Laird understood his constitutional rights, and the extent to which he was waiving those rights by pleading guilty; (4) that Laird's plea of guilty was knowing and voluntary plea supported by an independent basis in fact sufficient to prove each of the essential elements charged in Count I; (5) that Laird had adequate time to review the Plea Agreement with counsel; and (6) that Laird understood each provision of the Plea Agreement. (Doc. 22 at 1-2.) Judge Johnston recommended that the Court accept Laird's plea of guilty to Possession with Intent to Distribute Methamphetamine as charged in Count I. (Doc. 22 at 2.) Judge Johnston further recommended that the Court dismiss the Indictments in CR-18-39-BMM and CR-18-48-GF-BMM.

Neither party filed objections. Accordingly, the Court will review Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error and adopts Judge Johnston's Findings and Recommendations in full.

IT IS ORDERED:

1. Laird's Motion to Change Plea (Doc. 14) is GRANTED.

2. The Court will defer acceptance of the Plea Agreement (Doc. 13) until sentencing, at which time the Court will have reviewed both the Plea Agreement and the Presentence Investigation Report.

DATED this 12th day of September, 2018.

Brian Morris
United States District Court Judge